**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Charles M. Caldwell
United States Bankruptcy Judge

**Dated: June 20, 2017**

_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | **Case No. 17-52413** |
| | : | |
| Cinseree Johnson, | : | Chapter 13 |
| | : | |
| Debtor. | : | Judge Caldwell |
| | : | |
| | : | **Show Cause Hearing:** |
| | : | **July 20, 2017, at 1:30 p.m.** |

### ORDER REQUIRING DEBTOR CINSEREE JOHNSON TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED WITH A BAR TO REFILING AND SETTING A SHOW CAUSE HEARING (DOC. NO. 1)

On April 18, 2017, Cinseree Johnson (Debtor) filed a *pro se* bankruptcy petition in the above-captioned case. The Chapter 13 Trustee moved to dismiss this case on May 4, 2017, because Debtor had not filed her Plan, and the Court set a hearing on Trustee's Motion to Dismiss for June 12, 2017. The Debtor did not attend the hearing. Previously, the Debtor filed bankruptcy cases in both the Northern and Southern Districts of Ohio.

As a result, the Court will conduct a hearing on July 20, 2017, at 1:30 p.m. in Courtroom B, United States Bankruptcy Court, 170 N. High Street, Columbus, Ohio 43215, for the Debtor to show cause why this case should not be dismissed with a bar to refiling in any jurisdiction for a period of two years.  11 U.S.C. §349(a).

**IT IS SO ORDERED.**

**Copies to:**

All Creditors and Parties in Interest

Michelle Rahwan, Courtroom Deputy